## Moe Hacker's Dante Room Liquor License Case.

Argued June 21, 1966. *James Iannucci,* Special Assistant Attorney General, with him *I. Harry Checchio,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Arthur M. Soll,* for appellee.

Order affirmed.

WRIGHT and MONTGOMERY, JJ., dissented.

## Shegog Unemployment Compensation Case.

Argued June 17, 1966. *John A. Shegog,* claimant, appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *Edward Friedman,* Acting Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.